**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MALAIKA WILLIAMS,

       *Plaintiff,*

    v.

JPMORGAN CHASE BANK, N.A.,

       *Defendant.*

CIVIL ACTION
NO. 26-1367

## ORDER

**AND NOW**, this 26th day of May, 2026, upon consideration of Plaintiff's First Amended Complaint, (Dkt. No. 6), Defendant's Motion to Dismiss, (Dkt. No. 15), Plaintiff's Motion for Leave to File Second Amended Complaint, (Dkt. No. 19), the Proposed Second Amended Complaint, (Dkt. No. 19-1), Defendant's Response in Opposition, (Dkt. No. 20), and Plaintiff's Reply, (Dkt. No. 21), it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Leave to File Second Amended Complaint, (Dkt. No. 19), is **GRANTED**. The Proposed Second Amended Complaint, (Dkt. No. 19-1), is deemed filed as of today.

2. Defendant's Motion to Dismiss, (Dkt. No. 15), is **DENIED as moot**.

3. The Court construes Defendant's Response in Opposition, (Dkt. No. 20), as a renewed motion to dismiss the Second Amended Complaint, (Dkt. No. 19-1), which is **GRANTED**.

4. Count I is **DISMISSED without prejudice** as to the claims under 15 U.S.C. § 1691(a), and **DISMISSED with prejudice** as to the claim under 15 U.S.C. § 1691(d)(1) and Regulation B.

5. Counts II, IV, V, VI and VII are **DISMISSED without prejudice**.

6. Counts III and VIII are **DISMISSED with prejudice**.

7. Plaintiff may file a third amended complaint consistent with the accompanying memorandum on or before **June 9, 2026**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.