**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MALAIKA WILLIAMS,<br>*Plaintiff*,<br>v.<br>JPMORGAN CHASE BANK, N.A.,<br>*Defendant*. | CIVIL ACTION<br>NO. 26-1367 |

**ORDER**

**AND NOW**, this 9th day of September, 2026, upon consideration of Plaintiff's Third Amended Complaint, (Dkt. No. 26), Defendant's Motion to Dismiss, (Dkt. No. 27), Plaintiff's Memorandum in Opposition, (Dkt. No. 28), and Defendant's Reply, (Dkt. No. 29), it is hereby **ORDERED** that the Defendant's Motion to dismiss is **GRANTED** and the case is **DISMISSED with prejudice**.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.