**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MALAIKA WILLIAMS,<br>*Plaintiff*,<br>v.<br>JPMORGAN CHASE BANK, N.A.,<br>*Defendant*. | CIVIL ACTION<br>NO. 26-1367 |

**ORDER**

**AND NOW**, this 22nd day of October, 2026, upon consideration of Plaintiff's Motion to Alter or Amend the Judgment, (Dkt. Nos. 32, 34), and Defendant's Response in Opposition, (Dkt. No. 33), it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.